NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: USA v. Rivernider                                    Docket No.: 26-926

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Elena Lalli Coronado

Firm: United States Attorney's Office - District of Connecticut

Address: 1000 Lafayette Boulevard, 10th Floor

Telephone: (203) 696-3000                    Fax: (203) 579-5575

E-mail: Elena.Coronado@usdoj.gov

Appearance for: United States of America
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Conor M. Reardon, U.S. Attorney's Office of the District of Connecticut )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on November 21, 2023                                    OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Elena Lalli Coronado

Type or Print Name: Elena Lalli Coronado

## CERTIFICATION OF SERVICE

I hereby certify that on April 17, 2026, a copy of the foregoing Notice of Appearance was filed electronically and served by first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

First-class mail:

Robert Rivernider
14 S. Bobwhite Road
Wildwood, FL 34785

/s/
ELENA L. CORONADO
ASSISTANT U.S. ATTORNEY