# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand twenty-six,

_____

United States of America,

       Appellee,

  v.

Robert Ponte, Loretta Seneca,

       Defendants,

Robert Rivernider,

       Defendant - Appellant.

_____

**ORDER**
Docket No. 26-926

A notice of appeal was filed on April 9, 2026. The Appellant's Acknowledgment and Notice of Appearance Form due April 24, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal may be subject to dismissal by June 8, 2026 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

