## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United State v. Rivernider                                Docket No.: 26-926

Lead Counsel of Record (name/firm) or Pro se Party (name): Robert H Rivernider, Pro Se

Appearance for (party/designation): Defendant-Appellant Robert H Rivernider

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Robert H Rivernider
Firm: _____
Address: FCI Beckley, Satellite Camp, PO Box 350, Beaver, WV 25813
Telephone: N/A                                    Fax: N/A
Email: N/A

## RELATED CASES

[ ] This case has not been before this Court previously.
[✓] This case has been before this Court previously.    The short title, docket number, and citation are: _____
Matters related to this appeal or involving the same issue have been or presently are before this Court: United States v. Rivernider, No. 26-926.

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on_____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: _____
                    OR
Signature of pro se litigant: /s/ Robert H Rivernider
Type or Print Name: Robert H Rivernider
[✓] I am a pro se litigant who is not an attorney.
[✓] I am an incarcerated pro se litigant.

## CERTIFICATE OF SERVICE

I certify that on May 22, 2026, 2026, a true and correct copy of the foregoing Acknowledgment and Notice of Appearance Form was served by first-class U.S. Mail, postage prepaid, upon:

United States Attorney's Office
District of Connecticut — Main Office
157 Church Street, 25th Floor
New Haven, CT 06510

Executed on May 22, 2026.

/s/ Robert Rivernider
Robert Rivernider, Pro Se
Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, WV 25813

# UNITED STATES COURT OF APPEALS

# FOR THE SECOND CIRCUIT

**UNITED STATES OF AMERICA,**
Appellee,

v.

**ROBERT RIVERNIDER,**
Defendant-Appellant.

**No. 26-926**

## RESPONSE TO NOTICE OF DEFECTIVE FILING AND CORRECTED PROOF OF SERVICE

Defendant-Appellant Robert Rivernider, proceeding pro se, respectfully submits this response to the Court's May 26, 2026 Notice of Defective Filing, Dkt. 18.1.

The Court advised that the May 21, 2026 motion for release pending appeal, expedited review, and expedited transmission of record had defective or missing proof of service. The Court specifically directed that opposing counsel **AUSA Elena Lalli Coronado, 1000 Lafayette Boulevard, 10th Floor, Bridgeport, CT 06604**, must be served by mail.

A complete copy of the motion packet, including the motion, supporting declaration, exhibits, and related forms submitted with the filing, has now been served by first-class U.S. Mail, postage prepaid, on opposing counsel at the address identified in the Court's Notice of Defective Filing.

Defendant-Appellant respectfully requests that the service defect be deemed cured and that the May 21, 2026 motion be accepted as timely filed.

1

Respectfully submitted,

Date: May 27,2026

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /s/ Robert Henry Rivernider, Jr.
With Permission

Robert Henry Rivernider, Jr., Pro Se
Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, WV 25813

# CORRECTED CERTIFICATE OF SERVICE

I certify that on May 27, 2026 a true and correct copy of the following documents was served by

first-class U.S. Mail, postage prepaid, upon opposing counsel at the address listed below:

1. Motion for Release Pending Appeal, Expedited Review, and Expedited Transmission of Record;

2. Supporting declaration;

3. Exhibits;

4. Acknowledgment and Notice of Appearance Form;

5. Form B Criminal Appeal Transcript Information Form;

6. Form B explanation / transcript list, if attached;

7. This Response to Notice of Defective Filing and Corrected Proof of Service.

Served upon:

Elena Lalli Coronado
Assistant United States Attorney
1000 Lafayette Boulevard

2

10th Floor
Bridgeport, CT 06604

I further certify that on the same date, a copy of this **Response to Notice of Defective Filing and**

**Corrected Proof of Service** was mailed by first-class U.S. Mail, postage prepaid, to:

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Date: May 27,2026

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /s/ Robert Henry Rivernider, Jr.
With Permission

Robert Henry Rivernider, Jr., Pro Se
Reg. No. 96006-004
FCI Beckley Satellite Camp
P.O. Box 350
Beaver, WV 25813

3

Robert Rivernider
14 S. Bobwhite Rd
Wildwood FL 34785

ORLANDO FL 328

28 MAY 2025 PM 2 L

UNITED STATES
OF AMERICA

1 FOREVER/USA

Clerk of the Court
US Court of Appeals
for the 2nd Circuit
Thurgood Marshall Court House
40 Foley Square
New York NY 10007

USM AIR
SDNY

10007-150729

Robert Rwen
14 S. Bobwhite Rd
Wildwood FL 34785

ORLANDO FL. 328

26 MAY 2026 PM2 1

UNITED STATES
OF AMERICA

FOREVER/USA

U.S. Court of Appeals for the 2nd Circuit
Clerk of the Court
40 Foley Square
New York NY 10007-1501

USM AILD
SDNY

10007-156199

Case: 26-926, 06/01/2026, DktEntry: 26.1, Page 7 of 7