

**United States Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*  *(203) 821-3700*
*157 Church Street, 25th Floor*  *Fax (203) 773-5376*

*New Haven, Connecticut  06510*  *www.justice.gov/usao/ct*

July 9, 2026

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Rivernider*
           Docket No. 26-926

Dear Ms. Wolfe:

     In this case, the appellant's brief was filed on June 29, 2026. Pursuant to Local Rule 31.2, the United States proposes that its responsive brief be due on September 28, 2026, which is 91 days after the filing of the appellant's brief.

               Sincerely,

               DAVID X. SULLIVAN
               UNITED STATES ATTORNEY

               /s/

               CHRISTOPHER SCHMEISSER
               ASSISTANT U.S. ATTORNEY
               157 Church Street, 25th Floor
               New Haven, CT 06510
               (203) 821-3700

## CERTIFICATE OF SERVICE

This is to certify that on July 9, 2026, a copy of the foregoing letter was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Notice was sent by United States mail to the following:

Robert Rivernider
Reg. No. 96006-004
FCI Beckley – Satellite Camp
P.O. Box 350
Beaver, WV 25813

*/s/ Christopher W. Schmeisser*

CHRISTOPHER W. SCHMEISSER