**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

RAYMOND J. LOHIER, JR.
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: July 16, 2026
Docket #: 26-926
Short Title: United States of America v. Rivernider

DC Docket #: 3:10-cr-222-1
DC Court: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Robert N. Chatigny

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8503.