# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of September, two thousand twenty-six.

United States of America,

Appellee,

v.

Robert Rivernider,

Defendant - Appellant.

**ORDER**

Docket No. 26-926

Appellant, proceeding pro se, moves for permission to submit only one paper copy of his emergency motion to disqualify.

IT IS HEREBY ORDERED that the request to submit only one paper copy is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

