**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-six,

---

United States of America,

Appellee,

v.

Robert Ponte, Loretta Seneca,

Defendants,

Robert Rivernider,

Defendant - Appellant.

---

**ORDER**
Docket No. 26-926

Appellant Robert Rivernider's submission of a Reply to Opposition does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Reply to Opposition is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court