**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty-six,

Present: Richard C. Wesley,
Richard J. Sullivan,
Beth Robinson,
Circuit Judges.

---

United States of America,

Appellee,

v.

Robert Ponte, Loretta Seneca,

Defendants,

Robert Rivernider,

Defendant - Appellant.

---

**ORDER**
Docket No. 26-926

Appellant Robert Rivernider filed a motion for reconsideration and the panel that determined the motion has considered the request.

IT IS HEREBY ORDERED, that the motion is denied.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

